UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| DIVINE ACQUISITIONS LLC, A NEW JERSEY LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER M. RIVERS,<br><br>Defendant. | CV 25-63-BLG-SPW<br><br><br>TEMPORARY RESTRAINING ORDER |

IT IS HEREBY ORDERED that Plaintiff, Divine Acquisitions LLC's Motion for Temporary Restraining Order (Doc. 3) is GRANTED, effective Tuesday, May 6, 2025 at 4:45p.m., to preserve the status quo pending the preliminary injunction hearing.

IT IS FURTHER ORDERED that the Court finds the Plaintiff may suffer irreparable injury unless the Defendant, Kristopher M. Rivers is enjoined from effecting a forfeiture of the Plaintiff's corporate stock in Mountain Electric of Montana as called for in the relevant Stock Purchase Agreement, Stock Pledge

1

Agreement, and related Notice of Default. In order to maintain the status quo until the preliminary injunction hearing, a temporary restraining order is appropriate.

IT IS FURTHER ORDERED the Defendant, and his agents, officers, employees, and assigns are enjoined from enforcing the Notice of Default and the forfeiture of Plaintiff's corporate stock in Mountain Electric of Montana Inc. pending the preliminary injunction hearing.

IT IS FURTHER ORDERED that the maintenance of the status quo requires the Plaintiff be restrained from incurring any new debt for Mountain Electric of Montana Inc. or from making any distributions or payments on loans from shareholders or related parties, without the written consent of all parties pending the hearing on the preliminary injunction in this matter.

IT IS FURTHER ORDERED that bond in this issue is waived.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion for a Preliminary Injunction is set for May 20, 2025, at 9:00 a.m. before this Court.

DATED this 7th day of May, 2025.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge