James A. Patten
Justin M. Oliveira
Patten, Peterman, Bekkedahl & Green, PLLC
2817 2nd Avenue North, Suite 300
Billings, Montana 59101
Phone (406) 252-8500
Fax (406) 294-9500
Email: apatten@ppbglaw.com
          joliveira@ppbglaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## BILLINGS DIVISION

| | |
|---|---|
| DIVINE ACQUISITIONS LLC, A NEW JERSEY LIMITED LIABILITY COMPANY | Cause No. 1:25-cv-00063-SPW |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| KRISTOPHER M. RIVERS, | |
| Defendant. | |

1

DIVINE ACCQUISITIONS LLC , Plaintiff, by and through its counsel, James A. Patten, gives this Court this Notice of Dismissal pursuant to Rule 41(a)(1)(A), F.R.Civ.P.

In support of this Notice, the Plaintiff states:

1.      This case is not a case under either Rule 23 or Rule 66, F.R.Civ.P.

2.      The Defendant, Kristopher M. Rivers has not filed an answer or motion for summary judgment in this case.

Dated this 9th day of June, 2025.

PATTEN, PETERMAN, BEKKEDAHL
& GREEN, PLLC

By: _/s/ JA Patten_____
        James A. Patten
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2025 a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was served on the following persons by the following means:

| | |
|---|---|
| <u>1, 2</u> | CM/ECF |
| _____ | Hand delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1.   Clerk, U.S. District Court

2.   Brandon Hoskins
     Moulton Bellingham PC
     PO Box 2559
     Billings, MT 59103-2559

/s/ JA Patten
For Patten, Peterman, Bekkedahl & Green

3